### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Palcowski, Glenn | Case Number:  06 B 09729 |
| Palcowski, Patricia | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  8/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  September 8, 2008
Confirmed:  October 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,220.00 | |
| Secured: | | 11,694.11 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,774.00 |
| Trustee Fee: | | 736.23 |
| Other Funds: | | 15.66 |
| Totals: | 14,220.00 | 14,220.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 1,774.00 | 1,774.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 9,742.99 | 4,058.21 |
| 4. | Quinlan & Fabish Music | Secured | 223.88 | 78.08 |
| 5. | Wells Fargo Home Mortgage | Secured | 31,621.47 | 7,557.82 |
| 6. | Ginny's | Unsecured | 190.87 | 0.00 |
| 7. | Providian | Unsecured | 1,426.50 | 0.00 |
| 8. | Capital One | Unsecured | 840.57 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 10. | FCNB Master Trust | Unsecured | 467.33 | 0.00 |
| 11. | Merrick Bank | Unsecured | 604.23 | 0.00 |
| 12. | Midwest Verizon Wireless | Unsecured | 127.16 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 18.44 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 1,928.58 | 0.00 |
| 15. | Aldof-Berwyn Funeral Home | Unsecured | 1,010.78 | 0.00 |
| 16. | Nicor Gas | Unsecured | 450.39 | 0.00 |
| 17. | Premium Asset Recovery Corp | Unsecured | 33.00 | 0.00 |
| 18. | LTD Commodities | Secured | | No Claim Filed |
| 19. | Armor Systems Co | Unsecured | | No Claim Filed |
| 20. | Charter One Bank | Unsecured | | No Claim Filed |
| 21. | Brook Park Dental | Unsecured | | No Claim Filed |
| 22. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 23. | CCV Pagemart | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 25. | Allied Data Corp | Unsecured | | No Claim Filed |
| 26. | LTD Commodities | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Palcowski, Glenn
　　　　　Palcowski, Patricia
　　　　　Printed: 01/22/09

Case Number:  06 B 09729
Judge:  Hollis, Pamela S
Filed:  8/10/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | MacNeal Healthcare | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | Alliance | Unsecured | | No Claim Filed |
| 30. | Office Max | Unsecured | | No Claim Filed |
| 31. | Osco Drugs | Unsecured | | No Claim Filed |
| 32. | Girl Scouts-Crossroad Council | Unsecured | | No Claim Filed |
| 33. | Systems & Services Technologies | Unsecured | | No Claim Filed |
| 34. | Sunterra Financial Services | Unsecured | | No Claim Filed |
| 35. | Toys R Us | Unsecured | | No Claim Filed |
| 36. | Citibank | Unsecured | | No Claim Filed |
| 37. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 38. | St Barbara Religious Ed | Unsecured | | No Claim Filed |
| | | | $ 50,460.19 | $ 13,468.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 333.35 |
| 5.4% | 338.69 |
| 6.5% | 64.19 |
| | $ 736.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

